██ In the Matter of ZACHARY R.F., Appellant. YATES COUNTY ATTORNEY, Respondent. (Appeal No. 1.) [827 NYS2d 903]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered September 9, 2005 in a proceeding pursuant

to Family Court Act article 3. The order, after a hearing, adjudged that respondent committed acts that, if committed by an adult, would constitute the crimes of unlawful imprisonment in the second degree (two counts), endangering the welfare of a child (seven counts) and forcible touching (three counts).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* Family Ct Act § 1112 [a]; *see also Matter of Benjamin S.A.*, 302 AD2d 979 [2003], *lv denied* 100 NY2d 505 [2003]). Present—Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.